UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| **Devon Seivers,** | **Court File No.: 09-CV-0816 (DSD/SER)** |
| **Plaintiff,** | |
| v. | **DEFENDANTS' EXHIBIT LIST WITH PLAINTIFF'S OBJECTIONS** |
| **City of Minneapolis, Minneapolis Police Officers James Bulleigh (Badge #08060) and Daniel Lysholm (Badge #4309), both individually and officially, John Does and other unnamed Police Officers, and Timothy Dolan, Chief of Minneapolis Police, personally and individually,** | |
| **Defendants.** | |

_____

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEYS | DEFENDANTS' ATTORNEY |
|---|---|---|
| Honorable David S. Doty | Albert Goins, Sr., Esq.<br>301 Fourth Avenue South<br>378 Grain Exchange Building<br>Minneapolis, MN 55415<br>Telephone: (612) 339-3848<br>Fax: (612) 339-3853<br>Cell: (612)339-3850 | Gregory P. Sautter<br>Darla J. Boggs<br>Minneapolis City Attorney's Office<br>350 South 5th St., Room 210<br>Minneapolis, MN 55415<br>(612) 673-2553 |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| | | |

| PLF. NO. | DEF. NO. | AGREED UPON | GROUNDS OBJECTED ON | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| | D-1 | | Objected to Rule 402; 403; 404(b) | | | | CAPRS Report CCN 06-260237 |

| PLF. NO. | DEF. NO. | AGREED UPON | GROUNDS OBJECTED ON | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| | | | except p. 7 of 7. | | | | |
| | D-2 | | Objected to unless redacted. 403. | | | | MECC event print out, CCN 06-260237 |
| | D-3 | | Objected to unless redacted. 403. | | | | MECC recordings, CCN 06-260237 (Dispatch and Channel 7) |
| | D-4 | Agreed | | | | | Devon Seivers' Booking Photo from 09/09/2006. |
| | D-5 | | Objected to Rule 402; 403; 404(b) | | | | Devon Seivers' Booking Photo from 04/21/2006. |
| | D-6 | | Objected to Rule 402;403; 404(b) | | | | Devon Seivers' Booking Photo from 05/03/2006. |
| | D-7 | | **Hearsay.** | | | | Hennepin County Adult Detention Center's Medical Screening form, dated 09/09/2006. |
| | D-8 | Agreed | | | | | CRA Complaint. |
| | D-9 | | Hearsay. | | | | CRA Intake Notes regarding Complaint. |
| | D-10 | Agreed | | | | | Devon Seivers' CRA statement |
| | D-11 | | Objected to Rule 402; 403; 408. | | | | Prior Complaint brought by Plaintiff against the City. |

| PLF. NO. | DEF. NO. | AGREED UPON | GROUNDS OBJECTED ON | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| | D-12 | Agreed. | | | | | Investigative statement from Terrell Griffin. |
| | D-13 | Agreed. | | | | | Declaration of Terrell Griffin. |
| | D-14 | Agreed. | | | | | Investigative statement from Brandon Griffin. |
| | D-15 | Agreed. | | | | | Declaration of Brandon Griffin. |
| | D-16 | Agreed. | | | | | Investigative statement from Kayavin Unger. |
| | D-17 | Agreed. | | | | | Declaration of Kayavin Unger. |
| | D-18 | | Objected to under Rule 402;403; 404(b); 609. | | | | Certified Copy of Devon Seivers' Guilty Plea & Conviction for Felony Assault by Strangulation, Case No. 27-CR-08-37057, filed 12/16/08. |
| | D-19 | | Objected to under Rule 403; 404(b); 609. | | | | Certified Copy of Terrell Griffin's Guilty Plea & Conviction for Felony Possession of narcotics, Case No. 27-CR-07-104555, filed 11/2/07. |
| | D-20 | | Objected to under Rule 402;403; 404(b); 609. | | | | Certified Copy of Terrell Griffin's Guilty Plea & Conviction for Felony Third Degree Possession of narcotics, Case No. 27-CR-014049, filed 11/2/07. |
| | D-21 | | Objected to under | | | | Certified Copy of Terrell Griffin's Guilty Plea & |

| PLF. NO. | DEF. NO. | AGREED UPON | GROUNDS OBJECTED ON | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| | | | Rule 402;403; 404(b); 609. | | | | Conviction for Felony First Degree Sale & First Degree Possession of narcotics, Case No. 27-CR-02-090812, filed 03/13/06. |
| | D-22 | | Objected to under Rule 402;403; 404(b); 609. | | | | Certified Copy of Brandon Griffin's Guilty Plea & Conviction for Felony Domestic Assault by Strangulation, Case No. 27-CR-10-4354, filed 07/28/10. |
| | D-23 | | Objected to under Rule 402; 403; 404(b); 609. | | | | Certified Copy of Registry of Actions, for Brandon Griffin Conviction for crime of dishonesty for altered serial number on a bicycle; petty misdemeanor, Case No. 27-CR-02-090469, filed 001/17/03. |
| | D-24 | | Hearsay. | | | | Defendant Daniel Lysholm's CRA Statement. |
| | D-25 | | Hearsay. | | | | Defendant James Bulleigh's CRA Statement. |
| | D-26 | | Hearsay. | | | | Affidavit of John Cich, Former Hennepin County Sheriff's Detective |
| | D-27 | | 402. | | | | Tow and impound records |

4

| PLF. NO. | DEF. NO. | AGREED UPON | GROUNDS OBJECTED ON | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|---|---|
| | D-28 | | 402. | | | | Street photos |
| | D-29 | | 402. | | | | Street photos |
| | D-30 | | 402. | | | | Photos of Lysholm & Bulleigh in Bike Patrol Uniform, holding helmets. |
| | D-31 | | 402. | | | | Bicycle Helmet (Demonstrative Exhibit) |
| | D-32 | | Objected to under Rule 402; 403; 404(b); 601 and 602; 608(b). | | | | Baggies containing suspected marijuana (one blue, one clear) – PI# 2006-33754, Item 1 |
| | D-33 | | Objected to under Rule 402;403; 404(b); 601 and 602; 608(b). | | | | Bindles of suspected crack cocaine – PI# 2006-33755, Item 1 |
| | D-34 | | Objected to under Rule 402; 403; 404(b); 601 and 602; 608(b). | | | | MPD Paperwork for cash seized and forfeited – PI # 2006-33756 |

Defendants reserve the right to introduce any exhibits listed on Plaintiff's Exhibit List, and other exhibits or documents known or discovered prior to the time of the trial of this

5

6

matter, any rebuttal exhibits that may be necessary, and documents needed for impeachment.