IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

---

DEVON SEIVERS,                              Case No. 09-CV-0816 (DSD/SER)

         Plaintiff,                                PLAINTIFF'S
vs.                                        MOTIONS IN LIMINE

City of Minneapolis, et al.,

         Defendants.

---

Plaintiff hereby moves the Court, *in limine*, as follows:

For an order:

1. *In limine* requesting the admission of Defendants' personnel files, discipline files, general internal affairs files and summaries, public discipline and other uses of force.

2. *In limine* requesting the admission of any monetary or business loss by Plaintiff associated with his pretrial detention.

3. *In limine* requesting the exclusion of any testimony alleging Plaintiff Seivers possessed controlled substances on September 9, 2006.

4. *In limine* requesting the exclusion of prior convictions of Plaintiff, Brandon Griffin, and Terrell Griffin.

Dated: May 23, 2011                    Respectfully submitted,

                                       GOINS LAW OFFICES LTD.

                                       By ___s/Albert T. Goins, Sr. _____
                                            Albert Goins, #126159
                                             301 Fourth Avenue South
                                            378 Grain Exchange Building
                                            Minneapolis, MN 55415
                                            612.339.3848 tel.
                                            612.339.3850 cellular
                                            FOR PLAINTIFF SEIVERS