AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Devon Seivers

V.

City of Minneapolis, James Bulleigh (Badge #0860), Minneapolis Police Office, individually and officially, Daniel Lysholm (Badge #4309), Minneapolis Police Officer, individually and officially, John Does, other unnamed Police Officers, Timothy Dolan, Chief of Police, personally and individually

**JUDGMENT IN A CIVIL CASE**

Case Number:  09-cv-816 DSD/SER

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. The court adopts the verdict of the jury;
2. The oral motion for judgment as a matter of law as to Bulleigh is moot; and
3. The remaining claim against defendant Bulleigh is dismissed with prejudice.

| July 6, 2011 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | Katie Thompson |
| | (By)   Katie Thompson   Deputy Clerk |

s/David S. Doty
David S. Doty, Judge
United States District Court